## GARNER *v.* PENNSYLVANIA.

No. 67, Misc.   Decided April 22, 1963.

*Edward Q. Carr, Jr.* for petitioner.
*Arlen Specter* and *Louis F. McCabe* for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is vacated and the case is remanded for further consideration in light of *Gideon* v. *Wainwright,* 372 U. S. 335.

## VECCHIOLLI *v.* MARONEY, CORRECTIONAL SUPERINTENDENT.

No. 74, Misc.   Decided April 22, 1963.

Petitioner *pro se.*
*Arlen Specter* for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is vacated and the case is remanded for further consideration in light of *Gideon* v. *Wainwright,* 372 U. S. 335.